## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard Peasley, | Case No. 18-CV-1945 (SRN/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Capital One Bank (USA), N.A., | |
| Defendant. | |

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:  January 28, 2019

s/Susan Richard Nelson<br>
SUSAN RICHARD NELSON<br>
United States District Judge